

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        iPic-Gold Class Entertainment, LLC and iPic Texas, LLC v. Regal
                            Entertainment Group, AMC Entertainment Holdings, Inc., AMC
                            Entertainment, Inc., and American Multi-Cinema, Inc.

Appellate case number:      01-17-00805-CV

Trial court case number:    2015-68745

Trial court:                234th District Court of Harris County

This appeal is stayed pursuant to the Notice of Bankruptcy, filed on August 5, 2019, advising this Court that appellants, iPic-Gold Class Entertainment, LLC and iPic Texas, LLC filed voluntary petitions for bankruptcy under Chapter 11 of the Bankruptcy Code on August 5, 2019 (iPic Gold Class filed a voluntary petition in case number 19-11739 in the District of Delaware and iPic Texas filed a voluntary petition in case number 19-11741 in the District of Delaware). *See* 11 U.S.C. § 362 (automatic stay in bankruptcy).

Until the parties notify this Court that the bankruptcy cases have been concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the Court's docket.  *See* TEX. R. APP. P. 8.3.

It is so ORDERED.

Judge's signature: ____Justice Peter Kelly_____
                         ☑ Acting individually      ☐ Acting for the Court

Date:  _August 13, 2019_